UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA PINUELAS,<br><br>                              Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>                              Defendant. | Case No. 20-cv-734-MMA (BLM)<br><br>**ORDER REFERRING MATTER TO UNITED STATES MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION** |

On April 16, 2020, Plaintiff Christina Pinuelas filed this social security appeal challenging the denial of her "application for Title II Social Security Disability Insurance benefits and Title XVI Supplemental Security Income benefits." Doc. No. 1 ¶ 1. All matters in this social security appeal are hereby referred to United States Magistrate Judge Barbara Lynn Major for report and recommendation pursuant to Section 636(b)(1)(B) of Title 28 of the United States Code, and Civil Local Rule 72.1. *See* 28 U.S.C. § 636(b)(1)(B); CivLR 72.1.

**IT IS SO ORDERED**.

Dated: May 11, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge