UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA PINUELAS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　　　　Defendant. | Case No.: 20cv734-MMA(BLM)<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON MERITS BRIEFING** |

　　　　On April 16, 2020, Plaintiff filed a complaint in this matter seeking judicial review of the denial of her application for application for "Title II Social Security Disability Insurance benefits and Title XVI Supplemental Security Income benefits under the Social Security Act, 42 U.S.C. § 405(g) and 42 U.S.C. §1383(c)(3)." ECF No. 1. Defendant's administrative record was filed on December 19, 2020.  ECF No. 14; <u>see also</u> General Order No. 706 (explaining that the administrative record "will suffice as the [Defendant's] answer to the complaint"); and Civil Local Rule 7.1.e.6.d (same).

　　　　Pursuant to Rule 16.1(e)(3) of the Local Rules, an Early Neutral Evaluation and Case Management Conference are not required to be held in this case.  Accordingly, this Court sets the following briefing schedule and hearing date for Plaintiff's merits brief:

　　　　1.　　Plaintiff must file her merits brief on or before **February 1, 2021**.

2. Defendant must file any opposition in response to Plaintiff's merits brief on or before **March 8, 2021**.

3. Plaintiff must file any reply in response to Defendant's opposition by **March 22, 2021**.

4. A hearing date of <u>March 29, 2021</u> at <u>10:00 a.m.</u> is assigned. Unless the Court directs otherwise in advance, pursuant to Local Rule 7.1(d)(1), the matter will be resolved without oral argument and <u>no personal appearances on the March 29, 2021  hearing date should be made</u>.

**IT IS SO ORDERED**.

Dated:  12/21/2020

Hon. Barbara L. Major
United States Magistrate Judge