**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTINA PINUELAS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　　　　　　　Defendant. | Case No. 20-cv-734-MMA (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO REMAND**<br><br>[Doc. No. 20] |

The parties jointly move to remand the action to the agency for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  *See* Doc. No. 20 at 2.  Additionally, the parties request the Court to enter final judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner.  *See id.*  Good cause appearing, the Court **GRANTS** the parties' motion and **REMANDS** the action to the agency for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Upon remand, the agency shall vacate the Administrative Law Judge's (ALJ) decision and remand the case to the ALJ to re-evaluate the evidence and

issue a new decision.  The Court **DIRECTS** the Clerk of Court to enter judgment in favor of Plaintiff and against Defendant and to terminate this action in its entirety.

  **IT IS SO ORDERED**.

Dated: March 10, 2021

             _____
             HON. MICHAEL M. ANELLO
             United States District Judge